**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

Via ECF & Email

April 28, 2020

The Honorable William H. Pauley III
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Rm 1920
New York, New York 10007

Application granted.

SO ORDERED:

_/s/ William H. Pauley III_
WILLIAM H. PAULEY III
U.S.D.J.

April 28, 2020

Re *United States v Romero, Gustavo Llevano -Rivera*
   19cr734(WHP)

Dear Judge Pauley:

    I represent Mr. Llevano-Rivera in the above referenced matter. I write seeking an amendment to Mr. Llevano-Rivera's conditions of bond to permit him to make deliveries of groceries for Pioneer Supermarket customers. Mr. Llevano-Rivera secured employment as a general grocery clerk with Pioneer Supermarket soon after his release on bond last October.

    His conditions of bond, as set on October 24, 2019, include home detention with GPS monitoring and employment. He is to report to Pretrial as directed by his Pretrial Officer. His employer, as confirmed by his Pretrial Services Officer Mejia, needs Mr. Llevano-Rivera to not only work more hours at the store but to help with the delivery of groceries due to the increase in the demand for home deliveries resulting from COVID 19. These additional duties are required for Mr. Llevano-Rivera to maintain his employment.

    The requested amendment to the conditions of Mr. Llevano-Rivera's bond are consented to by the Government and Pretrial. Officer Bernisa Mejia confirmed that Mr. Llevano-Rivera is compliant with all has conditions of bond.

    Accordingly, it is respectfully requested the Court endorse this letter, granting Mr. Llevano-Rivera permission to make deliveries of groceries to Pioneer Supermarket customers and to provide Pretrial Officer Bernisa Mejia notice of his work schedule, as she requires. All other conditions of his bond are to remain in full force and effect.

Respectfully,
   /s/
Donna R. Newman

Cc: AUSA Michael Longyear via ECF & Email
    AUSA Warren Jacob via ECF & Email
    AUSA Justin Rodriguez via ECF & Email
    PTS Officer Bernisa Mejia via Email