**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

Via ECF & Email

December 9, 2020

The Honorable William H. Pauley III
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Rm 1920
New York, New York 10007

Re *United States v Romero, Gustavo Llevano -Rivera*
   19cr734(WHP)

Application granted.

SO ORDERED:

/s/ William H. Pauley
WILLIAM H. PAULEY III
U.S.D.J.

December 9, 2020

Dear Judge Pauley:

    I write with the consent of the Government to reset the motion schedule for Mr. Llevano-Rivera to file a motion for severance of his trial from the trial of his two remaining codefendants- Amilcar Romero and Cristian Guerrero-Melgares.  Under the current schedule, Mr. Llevano-Rivera is to file his motion for severance this Friday, December 11th.  Since our last conference on November 4, at which time this schedule was set, I have been in extensive discussion with the Government regarding a disposition of the case. I have provided the Government with new information about my client and have more hope that a resolution short of trial can be reached but it will take some time for this to happen as there is a need for the defense to present some additional evidence to the Government to secure the result the defense seeks. The Government advised counsel that if motions are filed, it will not continue to explore the option sought by the defense. I also note, that the motion may become moot if both of the other remaining defendants do decide to enter a plea of guilty.

    A status conference has been set for January 15th at 11:00 am. I respectfully submit at that time we can advise the Court if a new motion schedule is needed.

Respectfully,

  /s/
Donna R. Newman
Cc: AUSA Justin Rodriguez via email & ECF
    AUSA Michael Longyear via Email & ECF
    AUSA Jacob Warren via Email & ECF