**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

Via ECF & Email

August 20, 2021

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**  8/22/2021

Re *United States v Romero, Gustavo Llevano -Rivera*
    19cr734(VSB)

Dear Judge Broderick:

    I represent Mr. Llevano-Rivera in the above referenced matter. I write seeking an amendment to Mr. Llevano-Rivera's conditions of bond to replace his condition of home detention enforced by GPS monitoring with a condition of curfew as set by Pretrial Services with GPS monitoring. Mr. Llevano-Rivera has been on bond for over 22 months and during this time he has been completely compliant with his conditions of bond, including holding down a full-time employment. His Pretrial Officer, Marlon Ovalles supports this application and Assistant United States Attorney Justin Rodriguez consents to the requested amendment to Mr. Llevano-Rivera's conditions of bond.

    His conditions of bond, as set on October 24, 2019, includes home detention with GPS monitoring, employment, and reporting to Pretrial as directed by his Pretrial Officer.

    Accordingly, it is respectfully requested that the Court endorse this letter, amending Mr. Llevano-Rivera conditions of bond to curfew as directed by Pretrial with GPS monitoring. All other conditions of his bond are to remain in full force and effect.

Respectfully,
  /s/
Donna R. Newman
Cc: AUSA Michael Longyear via ECF & Email
    AUSA Warren Jacob via ECF & Email
    AUSA Justin Rodriguez via ECF & Email
    PTS Officer Marlon Ovalles via Email