

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 1, 2022

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  02/01/2022

Re:   *United States* v. *Gustavo Llevano-Rivera*, 19 Cr. 734 (VSB)

Dear Judge Broderick:

The Government writes, on behalf of the parties, to respectfully request that the Court schedule a change of plea proceeding in this matter for Friday February 11, 2020, at 3:00 p.m., a date and time that the Government understands is convenient for the Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   _____
Michael D. Longyear
Justin V. Rodriguez
Jacob E. Warren
Assistant United States Attorneys
(212) 637-2223 / 2591 / 2264

Cc: Counsel of record (by ECF)