UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
              :
UNITED STATES OF AMERICA,      :
              :
          Plaintiff,  :
              :      19-CR-734 (VSB)
      -against-      :
              :      **ORDER**
GUSTAVO LIEVANO-RIVERA,     :
              :
         Defendant.  :
              :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

A change of plea hearing was held in this matter on February 11, 2022. Defendant, Gustavo Lievano-Rivera confirmed that his name was spelled incorrectly on the docket and on all charging documents. Accordingly, it is hereby:

ORDERED that Defendant's name as it currently appears should be stricken and replaced with Gustavo Lievano-Rivera on the docket and all charging documents.

The Clerk of Court is respectfully directed to update the docket accordingly.

SO ORDERED.

Dated:  February 22, 2022
         New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge