**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

June 30, 2022

Via ECF & Email

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Rm 192
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**   07/05/22

Re *United States v Romero, Gustavo Lievano -Rivera*
   19cr734(VSB)

Dear Judge Broderick:

     Mr. Lievano-Rivera is currently scheduled to be sentenced by Your Honor on July 12, 2022. Accordingly, Mr. Lievano-Rivera's sentencing submission is due today. I just completed a trial and thus, I am unable to submit sentencing submission today on his behalf. I respectfully request until July 5, 2022 to submit the submission. Assistant United States Attorney Justin Rodriguez consents to this request. I consent to similar extension for the Government to file its submission. Wherefore, I respectfully request the grant this application for additional time to file the defendant's sentencing submission.

Respectfully,
/s/
Donna R. Newman
Cc: AUSA Michael Longyear via ECF & Email
    AUSA Warren Jacob via ECF & Email
    AUSA Justin Rodriguez via ECF & Email
    PTS Officer Marlon Ovalles via Email