**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

Via ECF & Email

September 15, 2022

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Rm 1920
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  09/16/2022

Re *United States v Romero, Gustavo Lievano -Rivera*
   19cr734(VSB)

Dear Judge Broderick:

    I write to request Your Honor direct Pretrial Services to release to Mr. Lievano-Rivera his passport. Mr. Lievano-Rivera, in compliance with his conditions of his pretrial release recognizant bond, handed in his passport to Pretrial Services. Mr. Lievano-Rivera now seeks the return of his passport as it is the best identification document he has. Pretrial advised they require a Court order to release the passport to Mr. Lievano-Rivera.

    On July 12, 2022 Your Honor sentenced Mr. Lievano-Rivera to a term of time served with a one-year term of supervised release in connection with his plea of guilty to Misprison of Felony in violation of 18 U.S.C. § 4. United States Attorney Justine Rodriguez does not oppose this request. Neither does his Pretrial Services Officer, Marlon Ovalles. Accordingly, I respectfully request the Court direct Pretrial Services to release Mr. Lievano-Rivera's passport to him.

Respectfully,
/s/
Donna R. Newman
Cc: AUSA Justin Rodriguez via ECF
   PTSO Marlon Ovalles via Email
   Gustavo Lievano-Rivera via Email